IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gardner, Pamvslin

Printed: 10/22/08

Case Number: 07 B 01867
Judge: Goldgar, A. Benjamin
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,540.00 |  |
| Secured: |  | 6,045.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 494.60 |
| Other Funds: |  | 0.00 |
| Totals: | 8,540.00 | 8,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Village of Dolton | Secured | 670.94 | 365.82 |
| 4. | Ocwen Federal Bank FSB | Secured | 27,061.46 | 5,679.58 |
| 5. | Capital One | Unsecured | 1,682.78 | 0.00 |
| 6. | Capital One | Unsecured | 1,125.29 | 0.00 |
| 7. | First American Investment | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,540.47 | $ 8,045.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 297.00 |
| 6.5% | 197.60 |
|  | $ 494.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

